```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/25/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

QABAIL HIZBULLAHANKHAMON,

                      Petitioner,

-against-

CHRISTOPHER YEHL, Superintendent of Wende Correctional Facility,

                      Respondent.

99-CV-05016 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

    Whereas Petitioner is currently incarcerated at Wende Correctional Facility, *see* Dkt. No. 21, the Court is hereby directed to replace Hans Walker, who is currently listed on the docket as the Respondent, with Christopher Yehl, the Superintendent of Wende Correctional Facility.

Dated:  October 25, 2024
           New York, New York

                                            SO ORDERED.

                                            _____
                                            MARGARET M. GARNETT
                                            United States District Judge